**CARMEN A. TRUTANICH**, City Attorney - SBN 86629x
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY BRENTE**, Assistant City Attorney- SBN 115453
cory.brente@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900
Fax No.: (213) 978-8785

*Attorneys for Defendants* CITY OF LOS ANGELES, ANTONIO VILLARAIGOSA and CHARLIE BECK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL AICHELLE JONATHAN ALEXANDER, CARINA CLEMENT, MICHAEL PRSYNER, JAMES WEITZ, individually and as class representatives;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, MAYOR ANTONIO VILLARAIGOSA, CHIEF CHARLIE BECK, individually and in their official capacities, DOES 1- 100;<br><br>Defendant(s) | CASE NO.: CV 12-10863 DMG(FFMx)<br><br>Assigned to: Honorable Dolly M. Gee<br>Courtroom: 7 - 2nd Floor<br><br>Assigned to: Magistrate Frederick M. Mumm<br>Courtroom: E - 9th Floor<br><br>**ANSWER OF DEFENDANTS TO PLAINTIFF'S CLASS ACTION FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF; JURY DEMAND** |

**PLEASE TAKE NOTICE THAT** Defendants, **CITY OF LOS ANGELES, ANTONIO VILLARAIGOSA and CHARLIE BECK**, herein provide the following answer to Plaintiffs' Complaint for Damages for themselves and for no other parties, and hereby admit, deny and allege as follows:

    1.    Answering paragraph 1 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

    2.    Answering paragraph 2 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

3. Answering paragraph 3 of the Complaint, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. Answering paragraph 4 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

5. Answering paragraph 5 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

6. Answering paragraph 6 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

7. Answering paragraph 7 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

8. Answering paragraph 8 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

9. Answering paragraph 9 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

10. Answering paragraph 10 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

11. Answering paragraph 11 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

12. Answering paragraph 12 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

13. Answering paragraph 13 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

14. Answering paragraph 14 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

15. Answering paragraph 15 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

16. Answering paragraph 16 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

17. Answering paragraph 17 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

18. Answering paragraph 18 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

19. Answering paragraph 19 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

20. Answering paragraph 20 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

21. Answering paragraph 21 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

22. Answering paragraph 22 of the Complaint, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on

that basis deny the allegations.

23. Answering paragraph 23 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

24. Answering paragraph 24 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

25. Answering paragraph 25 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

26. Answering paragraph 26 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

27. Answering paragraph 27 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

28. Answering paragraph 28 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

29. Answering paragraph 29 of the Complaint, no factual allegations are plead against the responding parties and on that basis the paragraph remains unanswered.

30. Answering paragraph 30 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

31. Answering paragraph 31 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

32. Answering paragraph 32 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

33. Answering paragraph 33 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

34. Answering paragraph 34 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

35. Answering paragraph 35 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

36. Answering paragraph 36 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

37. Answering paragraph 37 of the Complaint, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

38. Answering paragraph 38 of the Complaint, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

38a. Answering paragraph 38a of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

38 b. Answering paragraph 38b of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

39. Answering paragraph 39 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

40. Answering paragraph 40 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

41. Answering paragraph 41 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

42. Answering paragraph 42 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

43. Answering paragraph 43 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

44. Answering paragraph 44 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

45. Answering paragraph 45 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

46. Answering paragraph 46 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

47. Answering paragraph 47 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

48. Answering paragraph 48 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

49. Answering paragraph 49 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered. In addition, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

50. Answering paragraph 50 of the Complaint, based upon the vagueness of the claims contained therein, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

51. Answering paragraph 51 of the Complaint, based upon the vagueness of the claims contained therein, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

52. Answering paragraph 52 of the Complaint, based upon the vagueness of the claims contained therein, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

53. Answering paragraph 53 of the Complaint, based upon the vagueness of the claims contained therein, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

54. Answering paragraph 54 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

55. Answering paragraph 55 of the Complaint, which incorporates by reference other portions of the complaint, Defendants, to the same extent, incorporate by reference all portions herein as set forth full in said paragraph.

56. Answering paragraph 56 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

57. Answering paragraph 57 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

58. Answering paragraph 581 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

59. Answering paragraph 59 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

60. Answering paragraph 60 of the Complaint, based upon the vagueness of the claims contained therein, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis the paragraph remains unanswered.

61. Answering paragraph 61 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information

and belief upon which to answer the allegations contained therein.

62. Answering paragraph 62 of the Complaint, no factual allegations are alleged therein, and on that basis, the paragraph remains unanswered.

63. Answering paragraph 63 of the Complaint, no factual allegations are alleged therein, and on that basis, the paragraph remains unanswered.

64. Answering paragraph 64 of the Complaint, which incorporates by reference other portions of the complaint, Defendants, to the same extent, incorporate by reference all portions herein as set forth full in said paragraph.

65. Answering paragraph 65 of the Complaint, no factual allegations are alleged therein, and on that basis, the paragraph remains unanswered.

66. Answering paragraph 66 of the Complaint, no factual allegations are alleged therein, and on that basis, the paragraph remains unanswered.

67. Answering paragraph 67 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

68. Answering paragraph 68 of the Complaint, which incorporates by reference other portions of the complaint, Defendants, to the same extent, incorporate by reference all portions herein as set forth full in said paragraph.

69. Answering paragraph 69 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

70. Answering paragraph 70 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

71. Answering paragraph 71 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

72. Answering paragraph 72 of the Complaint, which incorporates by reference

other portions of the complaint, Defendants, to the same extent, incorporate by reference all portions herein as set forth full in said paragraph.

73. Answering paragraph 73 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

74. Answering paragraph 74 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

75. Answering paragraph 75 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

76. Answering paragraph 76 of the Complaint, which incorporates by reference other portions of the complaint, Defendants, to the same extent, incorporate by reference all portions herein as set forth full in said paragraph.

77. Answering paragraph 77 of the Complaint, no factual allegations are plead therein, and on that basis the paragraph remains unanswered.

78. Answering paragraph 78 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

79. Answering paragraph 79 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

80. Answering paragraph 80 of the Complaint, which incorporates by reference other portions of the complaint, Defendants, to the same extent, incorporate by reference all portions herein as set forth full in said paragraph.

81. Answering paragraph 81 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

1    82.  Answering paragraph 82 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

4    83.  Answering paragraph 83 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

7    84.  Answering paragraph 84 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

10   85.  Answering paragraph 85 of the Complaint, which incorporates by reference other portions of the complaint, Defendants, to the same extent, incorporate by reference all portions herein as set forth full in said paragraph.

13   86.  Answering paragraph 86 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

16   87.  Answering paragraph 87 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

19   88.  Answering paragraph 88 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

22   89.  Answering paragraph 89 of the Complaint, which incorporates by reference other portions of the complaint, Defendants, to the same extent, incorporate by reference all portions herein as set forth full in said paragraph.

25   90.  Answering paragraph 90 of the Complaint, no factual allegations are meade therein and on that basis, the allegations remain unanswered.

27   91.  Answering paragraph 91 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information

1 and belief upon which to answer the allegations contained therein.

2   92. Answering paragraph 92 of the Complaint, Defendants have not conducted an independent investigation of said claims and on that basis, lack sufficient information and belief upon which to answer the allegations contained therein.

  93. As separate and distinct affirmative defenses, Defendants allege each of the following:

### *FIRST AFFIRMATIVE DEFENSE*

  94. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk. Not all information known at this time.

### *SECOND AFFIRMATIVE DEFENSE*

  95. Failure to Mitigate Damages: Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that Plaintiff has failed to take reasonable measures/action to avoid the injuries/damages alleged in his Complaint, and thus any recovery should be reduced accordingly.

### *THIRD AFFIRMATIVE DEFENSE*

  96. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that Defendants' actions are privileged pursuant to Civil Code §47.

### *FOURTH AFFIRMATIVE DEFENSE*

  97. Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

### *FIFTH AFFIRMATIVE DEFENSE*

  98. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6, 818,

818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4.

### SIXTH AFFIRMATIVE DEFENSE

99. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that Defendants allege that Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that he might have reasonably made; and that Plaintiff failed to mitigate his damages, if any there were.

### SEVENTH AFFIRMATIVE DEFENSE

100. Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

### EIGHTH AFFIRMATIVE DEFENSE

101. Unavoidable Detriment: Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that to the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable.

### NINTH AFFIRMATIVE DEFENSE

102. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that the force used against Plaintiff was caused and necessitated by the actions of Plaintiff or others and was reasonable and necessary for self defense and the defense of others.

### TENTH AFFIRMATIVE DEFENSE

103. Wrongful act of Plaintiff or others. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that any injury or damage suffered was due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendants.

### ELEVENTH AFFIRMATIVE DEFENSE

104. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that as to the federal claims and theories of recovery, the

answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### TWELFTH AFFIRMATIVE DEFENSE

105. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that Plaintiff's damages if any are limited at the time of filing pursuant to Smiddy v. Varney. The case is barred based upon collateral estoppel pursuant to Haupt v. Dillard, 17 F. 3d 285 (9th Cir. 1994). The case is also barred under Heck v. Humphrey, 512 U.S. 477, 486-487, 489-490, 129 L.Ed.2d 383, 114 S.Ct. 2364 (1994).

### THIRTEENTH AFFIRMATIVE DEFENSE

106. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that Defendants are entitled to absolute immunity for any evidence they gathered to assist the prosecutor for trial..

### FOURTEENTH AFFIRMATIVE DEFENSE

107. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that in the event there was a violation, Defendants are entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed. They reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them. Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

### FIFTEENTH AFFIRMATIVE DEFENSE

108. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that the damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

///

## SIXTEENTH AFFIRMATIVE DEFENSE

109. Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that the damages alleged, if any, were directly and proximately caused and contributed to by the negligence of Plaintiff's, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## SEVENTEENTH AFFIRMATIVE DEFENSE

110. Apportionment of Fault: Until more information is obtained to evaluate this matter, Defendants leave open the possible defense that if it is found that any Defendants are legally responsible for the damages, if any, which Defendants specifically deny, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendant be reduced by that percentage of fault to be found to exist of Plaintiff or others and causative fault, whether sued herein or not.

DATED: June 3, 2013

**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising City Attorney

By: /S/
**CORY M. BRENTE**, Supervising City Attorney
*Attorneys for Defendant s City of Los Angeles, et al.*

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff takes nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: June 3, 2013

                      **CARMEN A. TRUTANICH**, City Attorney
                      **GARY G. GEUSS**, Chief Assistant City Attorney
                      **CORY M. BRENTE**, Supervising City Attorney

By: _____/S/_____
        **CORY M. BRENTE**, Supervising City Attorney
        *Attorneys for Defendant s City of Los Angeles, et al.*