UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10863 DMG (FFMx) | Date | November 4, 2014 |
|---|---|---|---|
| Title | Cheryl Aichele, et al. v. City of Los Angeles, et al. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge |
|---|---|

| Gay Roberson | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Barrett S. Litt | Homas H. Peters |
| Carol A. Sobel | Adena M. Hopenstand |

**Proceedings:**     Settlement Conference

Further conference held regarding settlement status. Counsel are to confer further and advise court as to status by November 12, 2014. The court will schedule further settlement proceedings as necessary.


cc:     Counsel of Record


|  | 2 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | gr |