1 | BARRETT S. LITT, SBN 45527
2 | Email: blitt@kmbllaw.com
  | DAVID M. MCLANE, SBN 124952
3 | Email: dmclane@kmbllaw.com
4 | KAYE, MCLANE, BEDNARSKI & LITT, LLP
  | 234 East Colorado Boulevard, Suite 230
5 | Los Angeles, California 91101
6 | Tel: (626) 844-7660; Fax: (626) 844-7670
7 |
  | CAROL A. SOBEL, SBN 84483
8 | Email: carolsobel@aol.com
  | LAW OFFICE OF CAROL A. SOBEL
9 | 311 0 Main Street, Suite 21 0
10 | Santa Monica, California 90405
   | Tel. (310) 393-3055; Fax. (310) 451-3858
11 |
12 | ADDITIONAL COUNSEL LISTED ON
13 | NEXT PAGE
14 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Aichele, et al., | Case No CV 12-10863-DMG-FFM (x) |
| Plaintiffs, | [HONORABLE DOLLY M. GEE] |
| vs. | JOINT REPORT REGARDING THE STATUS OF SETTLEMENT |
| City of Los Angeles, et al., | |
| Defendants. | |

1  ADDITIONAL PLAINTIFFS' COUNSEL:
2
3  DAN STORMER, SBN 101967
   Email: dstormer@hskrr.com
4  LINCOLN ELLIS, SBN 283657
   Email: l.ellis@hskrr.com
5  HADSELL STORMER, RICHARDSON & RENICK, LLP
6  128 North Fair Oaks Avenue
   Pasadena, California 91103
7  Tel. (626) 585-9600; Fax. (626) 577-7079
8
9  PAUL HOFFMAN, SBN 71244
   Email: hoffpaul@aol.com
10 CATHERINE SWEETSER, SBN271142
   Email: catherine.sdshhh@gmail.com
11 SCHONBRUN, DE SIMONE, SEPLOW, HARRIS
12 & HOFFMAN
13 732 Ocean Front Walk
   Venice, California 90291
14 Tel. (310) 396-0731 Fax. (310) 399-7040
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The issue of settlement in this matter is currently pending before the appropriate authorities with both the City and County.  The City expects the issue to be decided by City Council on or before April 8. The County also expects the issue to be decided by the Board of Supervisors on or before that date.   Thereafter, if there is an approved settlement, the parties will submit a stipulated preliminary approval order with appropriate attachments, after which they will wait to hear from the Court whether it requires a hearing or whether the Court can proceed without a hearing.

Dated March 9, 2015                              Kaye, McLane, Bednarski & Litt, LLP


                                                              By: __/s/ Barrett S. Litt_____
                                                                     Attorneys for Plaintiffs